# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHARLES JOHNSON, *et al.*,<br><br>　　　　Plaintiffs,<br>　v.<br>BRISTOL-MYERS SQUIBB COMPANY, *et al.*,<br><br>　　　　Defendants. | Case No. 3:18-cv-00143-MMD<br><br>*and related case* |
| JAMES BROOKS, *et al.*,<br><br>　　　　Plaintiffs,<br>　v.<br>BRITOL-MYERS SQUIBB COMPANY, *et al.*,<br><br>　　　　Defendants. | Case No. 2:18-cv-01937-RFB-GWF<br><br>REASSIGNMENT ORDER |

The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to reassign these cases to one District Judge pursuant to LR 42-1(a). Accordingly, it is hereby ordered that Case No. 2:18-cv-01937-RFB-GWF is reassigned to District Judge Miranda M. Du.

DATED THIS 16th day of October 2018.

_____　　_____
MIRANDA M. DU　　　　　　　　　　　　　　RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE　　　　　UNITED STATES DISTRICT JUDGE